# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | FILED | COURT CASE NUMBER |
|---|---|---|
| De'Andre Hayes | Charlotte Aug 29 2025 | 3:25-cv-00554-KDB-SCR |
| DEFENDANT | U.S. District Court | TYPE OF PROCESS |
| Thi Hien Duong | Western District of N.C. | Complaint, Motions and TRO |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Thi Hien Duong

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
11508 McGinns Trace Ct, Charlotte, NC 28277 or 12018 Dolomite Drive, Pineville, NC 28134

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jennifer E. Wells KD Trial Lawyers
178 W. Main Street (29306), PO Box 3547, Spartanburg, SC 29304

Number of process to be served with this Form 285: 4
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

- Respondent Residence(s): 11508 McGinns Trace Ct, Charlotte, NC 28277
- 12018 Dolomite Drive, Pineville, NC 28134
- Respondent Work: Alo Nail Lounge, 8318 Pineville-Mathews Rd Unit 709, Charlotte, NC 28226

Received
U.S. Marshals Service
Charlotte, NC
12:12 pm, Aug 01 2025

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

s/ Katherine Hord Simon

TELEPHONE NUMBER: 704-350-7400
DATE: 8/1/2025

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 1
District of Origin No.: 58
District to Serve No.: 58
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 8/1/2025

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
Hao Ho

Date: 8/18/2025
Time: 1:30 ☐ am ☒ pm

Address *(complete only if different than shown above)*:

Signature of U.S. Marshal or Deputy: [signature] 32116

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Received and entered. Assigned for personal service.

8/18/2025; Served to Hao Ho, person of suitable age who stated that Thi Hien Duong resided in the same home as him. Advised he would deliver summons for Thi Hien Duong.

Case: 3:25-cv-00554-KDB-SCR   Document 7   Filed 08/01/2025   Page 1 of 1
Case 3:25-cv-00554-KDB-SCR   Document 9   Filed 08/29/25   Page 1 of 2
Form USM-285
Rev. 03/21

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* Thi Hien Duong
was received by me on *(date)* 8/18/2025.

☑ I personally served the summons on the defendant at *(place)* 12018 Dolomite Dr., Pineville, NC 28134
on *(date)* 8/11/2025; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 8/18/2025

Server's signature

C. Estrada, DUSM
Printed name and title

401 W. Trade St, Charlotte, NC 28202
Server's address

Additional information regarding attempted service, etc: